**Response Stricken and Order filed January 5, 2017**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00940-CV

_____

### IN RE JENNIFER BRADEN, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**328th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 14-DCV-216657**

## ORDER

Real party in interest has filed documents in connection with this original proceeding that contain sensitive information concerning the child who is the subject of the underlying suit affecting the parent-child relationship. *See* Tex. R. App. P. 9.9.

Accordingly, real party in interest's response to the petition for writ of mandamus, response to the motion to stay, and response to the motion to recall, or in the alternative, amend the capias, and all accompanying documents are **STRICKEN**. Real party interest is ordered to file responses that comply with Texas

1

Rule of Appellate Procedure 9.9 by **January 9, 2016**.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Brown and Jewell.